No. 2746.—EL PUEBLO, apldo., v. HERNÁNDEZ BETANCOURT ET AL., apltes.—C. D. Arecibo. Infracción a la Ley de Prohibición. Jul. 20, 1926. Examinada la denuncia, base de esta causa y los alegatos del abogado defensor del acusado y del fiscal, en los cuales se pide la revocación de la sentencia, porque la denuncia no imputa la comisión de delito alguno, por los fundamentos del caso No. 2738 de El Pueblo v. Rodríguez, de julio 20, 1926, (pág. 811), se revoca la sentencia recurrida y se absuelve a los acusados.